IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MESSINA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-0819-G |
| WAL-MART STORES TEXAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* docket entry 92. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, **GRANTS** The Lidji Firm's Sixth and Final Amended Motion to Withdraw Funds from the Registry of the Court and associated supplements (docket entries 69, 79, 83) as provided, **DENIES** all remaining claims on the funds in the registry of the court (docket entries 46, 48, 60, 72), and **GRANTS** Plaintiff's Motion to Proceed *Pro Se* (docket entry 47).

It is **ORDERED** that:

1. The Clerk of Court shall release funds held in the court registry in an amount of **$19,297.56** to Daspit Law Firm, P.L.L.C., c/o Jared W. Capps, Esq.,

DASPIT LAW FIRM, P.L.L.C., 600 North Pearl Street, Suite 2205, Dallas, Texas 75201.

2. The Clerk of Court shall release **all remaining funds** held in the court registry in this matter, including all accrued interest, to The Lidji Firm, c/o I. Scott Lidji, Esq., THE LIDJI FIRM, Meadow Park Tower, 10440 North Central Expressway, Suite 1240, Dallas, Texas 75231.

3. The Lidji Firm shall promptly disburse the funds received from the court registry in the following manner:

   a. $31,110.93 to The Lidji Firm;

   b. $3,000.00 to Plaintiff Messina White;

   c. $2,059.12 to the Law Offices of Jeremy W. McKey;

   d. $9,289.72 to U.S. Claims;

   e. $330.36 to DFW Pain & Injury;

   f. $546.90 to Envision Imaging of Cleburne;

   g. $11,193.70 to Humana;

   h. $1,053.42 to MRI Centers of Texas;

   i. $598.60 to Memorial MRI; and

   j. any remaining amount in the following proportions: (i) 94.58 percent to Wise Health System; (ii) 3.62 percent to Greater Texas Orthopedic Associates; and (iii) 1.80 percent to Texas Harris Methodist Hospital.

4.      Within 45 days of the disbursement, I. Scott Lidji and The Lidji Firm shall file a notice verifying that the law firm has disbursed these amounts to each of the persons or entities listed above, providing the date and amount of each disbursement.

5.      The court retains jurisdiction to enforce this order for at least 120 days. If no claimant seeks further order of the court with respect to orders entered in this case within 120 days, this matter will be closed.

**SO ORDERED**.

September 15, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 3 -